

**New York State Department of Labor**
David A. Paterson, *Governor*
M. Patricia Smith, *Commissioner*

DIVISION OF LABOR STANDARDS
75 VARICK STREET 7th FLOOR
NEW YORK, N.Y. 10013

October 2, 2009

**Mary Manning Walsh Nursing Home**
**1339 York Avenue**
**New York, NY 10021**
**Attn: Dennis Lalli**

Re: 03-08-0097 vs. Mary Manning Walsh Nursing Home

Dear Sir/Madam,

This letter is to inform you that a Minimum Wage/Overtime wage & Unpaid Supplemental wage claim was filed against this company by Ms. Joan Ochei. We have reviewed the information provided by the claimant and based on the information provided, we have concluded our investigation.

Ms. Ochei was not issued a pay stub during the pay periods ending on 7/7/2007 & 7/21/2007.

- On 7/7/07 claimant should have received a check in the amount of $ **1191.45 gross pay**. This should have included 45 hrs worked, 10% shift pay @ 37.5 hrs & holiday @ 7.5 hrs. (Independence Day). Claimant was given a check in the amount of $766.82 without pay stub.
- On 7/21/07 claimant should have received a check in the amount of **$1,267.50 gross pay**. Claimant worked a total of 52.5 hrs & 10% shift pay @ 37.5. Claimant was given a check in the amount of $577.91 without pay stub.
- Also note that claimant did not receive holiday pay for Labor Day, week ending 6/2/07 & Independence Day week ending 7/7/07. This claimant was paid for those holidays during the 2006 year.

Accordingly, we have computed an underpayment in the amount of $ **$1,266.32 for Joan Ochei**, respectively. Enclosed you will find a New Recapitulation Sheet listing the period and amount due as well as a self-addressed envelope.

Telephone (212) 775-3681

00344



**New York State Department of Labor**
David A. Paterson, *Governor*
M. Patricia Smith, *Commissioner*

Failure to pay wages, minimum wage, and overtime are criminal as well as civil violations of Articles 6 and 19 of New York State Labor Law. In addition officers of the corporation and representatives who violate the law subject themselves to prosecution in Criminal Court as well as to civil action entailing the assessment of interest at the rate of 16 % commencing on the date of the violation and penalties up to 200% on the unpaid wages.

You should be aware that under the law, officers and agents of corporations are personally responsible for the failure of the corporation to pay wages and promised benefits. Whether or not a corporation is active or has been dissolved, its officers and agents are subject to the criminal penalties imposed under the Law for their failure to abide by it.

Lastly, a Notice of Labor Law Violation has been issued for **Mary Manning Nursing Home** on failure to provide proper payroll records, including timesheets, to the New York State Department of Labor. New York State Labor Law mandates that employers maintain **complete and accurate** payroll records, including daily time records, for all employees for a period of no less than six (6) years, and submit them upon request to the NYS Department of Labor. *If payment is received by due date, we will not pursue any penalties for NYS labor law violations issued.*

Please instruct your client to remit a check payable to the Commissioner of Labor in the amount $ **1,266.32** no later than **October 22, 2009**, in order to avoid further legal action, including the imposition of interest and penalties as described above.

If you have any questions, you may reach me at the telephone number below.

Very truly yours,

*Carla Valencia*

Carla Valencia
Labor Standards Investigator

Telephone (212) 775-3681

00345

# Exhibit T

# Mary Manning Walsh
## CHECK REQUISITION VOUCHER

09/24/2009

**DEPARTMENT:** Human Resources

**VENDOR NAME** Commissioner of Labor

**VENDOR ADDRESS** NYS Departmetn of Labor
Division of Labor Standards, 75 Varick Street, 7th Floor
New York, NY 10013

**VENDOR NUMBER** 1332

**CHECK AMOUNT** $1,266.32

**PURPOSE** Violation Notice

**Approved By** Hugo Pizarro    [signature]    9/24/09

\* Please notify Peter Hill when the check is ready     **REQUIRED BY: ASAP**
Do Not Send it out unless notified. Thank you

## FOR FISCAL / EDP ONLY

| PAID | ACCOUNT NO | ACCOUNT NAME | AMOUNT |
|---|---|---|---|
| CHECK # | | | |
| DATE | | | |
| APPROVED | | | |

### ACCOUNTING

---- Mail direct to payee      ---- Send attached forms      ---- Return to Facility

6020-0400

BHH 9/28/09

00355

**Exhibit U**



 **BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ■ NEW YORK  FLORIDA  KANSAS

DENNIS A. LALLI
Direct: (646) 253-2312
Fax: (646) 253-2379
DLalli@BSK.com

October 14, 2009

Carla Valencia
Labor Standards Investigator
New York State Department of Labor
75 Varick Street, 7th Floor
New York, New York  10013

      Re:    Mary Manning Walsh Nursing Home/Joan Ochei
               Case ID No. LS03 080097
               FEIN 13-6220617

Dear Ms. Valencia:

    We enclose the employer's check drawn to the order of the "Commissioner of Labor" in the amount specified in the Recapitulation Sheet you sent earlier in the referenced matter.

Very truly yours,

Dennis A. Lalli

DAL/omo

Enc.

MARY MANNING WALSH

13493

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| VIOL.NOTICE | | 9/24/2009 | 1,266.32 | .00 | 1,266.32 |

| CHECK DATE | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|
| 09/28/2009 | COMMISSIONER OF LABOR | 0.00 | 1,266.32 |

THE FACE OF THIS CHECK IS PRINTED BLUE. THE BACK CONTAINS A SIMULATED WATERMARK

13493

MARY MANNING WALSH
Operating Account
205 Lexington Avenue **2nd Floor**
New York, NY 10016

Sterling National Bank
425 Park Avenue
New York, NY 10022
I-777-260

DATE 09/28/2009          AMOUNT ****1,266.32

PAY ONE THOUSAND TWO HUNDRED SIXTY SIX & 32/100 ********************************

TO THE ORDER OF:
COMMISSIONER OF LABOR
DIV OF LABOR STANDARDS
75 VARICK STREET, 7TH FLR
NEW YORK, NY 10013

AUTHORIZED SIGNATURE

⑆013493⑆ ⑈026007773⑈ ⑆370581113⑆

00365